AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

| | |
|---|---|
| USA | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: EP:18-M -07164(1) - LS |
| | § |
| (1) Onofre Bautista-Martinez | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 28, 2018** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title **8** United States Code, Section(s) **1326**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"The DEFENDANT, Onofre BAUTISTA-Martinez, an alien to the United States and a citizen of Mexico was found in the parking lot of the Del Norte Courts Motel located at the intersection of Alameda Ave. and Boone St. in El Paso, Texas in the*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me,

_____
Signature of Complainant
Lopez, Carlos A.
Border Patrol Agent

October 01, 2018                    at    EL PASO, Texas
Date                                            City and State

LEON SCHYDLOWER
UNITED STATES MAGISTRATE JUDGE

_____
Signature of Judicial Officer
**OATH TELEPHONICALLY SWORN
AT 01:00 P.M.
FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT - EP:18-M -07164(1)

WESTERN DISTRICT OF TEXAS

(1) Onofre Bautista-Martinez

FACTS   (CONTINUED)

Western District of Texas.  From statements made by the DEFENDANT to the arresting agent, DEFENDANT was determined to be a native and citizen of Mexico, without immigration documents allowing him to be or remain in the United States legally.  Defendant has been previously removed from the United States to Mexico on or about  September 22, 2018 through El Paso, Texas.  Defendant has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.


Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.


IMMIGRATION HISTORY:
The DEFENDANT has been deported 1 time to MEXICO on September 22, 2018, through EL PASO, TX.

CRIMINAL HISTORY:
On September 19, 2018,  in El Paso, Texas,  the DEFENDANT was charged with 8 USC 1325 (a)(2), misdemeanor and sentenced to Time Served.