# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO. EP-18-CR- |
| Plaintiff, | § § | **INDICTMENT** |
| v. | § § | |
| ONOFRE BAUTISTA-MARTINEZ, | § § | CT 1: 8 USC § 1325(a)(1) - Improper Entry by Alien (Felony). |
| Defendant. | § § § | |

**EP18CR3121**

THE GRAND JURY CHARGES:

## COUNT ONE
(8 U.S.C. 1325(a)(1))

That on or about September 28, 2018, in the Western District of Texas, Defendant,

ONOFRE BAUTISTA-MARTINEZ,

an alien, knowingly and willfully entered the United States at a time and place not designated as a port of entry by immigration officers, Defendant previously having committed the same offense, to wit: Improper Entry by an Alien under Cause Number EP-18-M-06872(1), filed in the United States District Court for the Western District of Texas, all in violation of Title 8, United States Code, Section 1325(a)(1).

A TRUE BILL

ORIGINAL SIGNATURE REDACTED PURSUANT TO
_E-GOVERNMENT ACT OF 2002_
FOREPERSON OF THE GRAND JURY

JOHN F. BASH
UNITED STATES ATTORNEY
BY: _____
Assistant U.S. Attorney